# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-18-260-47-SLP |
| ) | |
| ANTHONY SMITH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the Due Process Protections Act, counsel are reminded of the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. In particular, "the suppression by the prosecution of evidence favorable to an accused upon request violates due process where the evidence is material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution."

Possible consequences for a violation of this Order may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting of a continuance, and dismissal of charges with prejudice.

A reference to this advisement will be included in the Court's docket entry regarding this hearing.

IT IS SO ORDERED this 5th day of October, 2021.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE